UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: VELDHUIZEN MOTOR SERVICE INC.  § Case No. 11-80117
§
§
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 01/18/2012 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 12/09/2011     By: /s/JOSEPH D. OLSEN
                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: VELDHUIZEN MOTOR SERVICE INC. § Case No. 11-80117
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,150.48 |
| *and approved disbursements of* | $ 5,288.11 |
| *leaving a balance on hand of* [1] | $ 11,862.37 |

**Balance on hand:** $ 11,862.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,862.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,465.05 | 0.00 | 2,465.05 |
| Trustee, Expenses - JOSEPH D. OLSEN | 150.65 | 0.00 | 150.65 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,525.00 | 0.00 | 2,525.00 |

Total to be paid for chapter 7 administration expenses: $ 5,140.70
Remaining balance: $ 6,721.67

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,721.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,467.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | John Toomey, Esq | 31,467.15 | 0.00 | 6,721.67 |

Total to be paid for priority claims: $ 6,721.67
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 167.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 167.21 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-80117-MB
Veldhuizen Motor Service Inc. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: lorsmith     Page 1 of 2     Date Rcvd: Dec 24, 2011
    Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2011.
```
db          +Veldhuizen Motor Service Inc.,    9642 S. Mayfield Rd.,    Sycamore, IL 60178-8400
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
16665085     Ally Financial,    P.O. BOX 130424,    Saint Paul, MN 55113-0004
16665086    +Bryan Veldhuizen,    9642 S. Mayfield Rd.,    Sycamore, IL 60178-8400
17230781     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
              Oklahoma City, OK  73124-8839
16665087    +Dale Veldhuizen,    9642 S May field Road,    Sycamore, IL 60178-8400
16665088    +Dave Johnson,    33191 Carson Road,    Kingston, IL 60145-8274
16665090    +John J. Toomey,    Arnold & Kadjan,    19 W. Jackson Blvd.,    Chicago, IL 60604-3915
16665089    +John Toomey, Esq,    c/o Suburban Teamsters,    Arnold and Kadjan,    19 W Jackson Blvd Ste 300,
              Chicago, IL 60604-3915
16665091    +Lance Gackowski,    16283 Waterman Road,    DeKalb, IL 60115-8682
16665092    +Suburban Teamsters of Northern ILL,    1171 Commerce Drive Unit 1,    West Chicago, IL 60185-2680
16665093    +Teamsters Local 673,    1050 W. Roosevelt RD,    West Chicago, IL 60185-4801
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2011**     **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith            Page 2 of 2           Date Rcvd: Dec 24, 2011
                              Form ID: pdf006           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2011 at the address(es) listed below:
          Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          James A Young    on behalf of Debtor  Veldhuizen Motor Service Inc. jyoung@youngbklaw.com,
           jaguilar@youngbklaw.com
          Joseph D Olsen    jolsenlaw@aol.com,  IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

                                                                                                   TOTAL: 4