# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: VELDHUIZEN MOTOR SERVICE INC. | § | Case No. 11-80117 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $6,160.00          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,721.67     Claims Discharged
Without Payment: $119,645.84

Total Expenses of Administration: $10,428.81

3) Total gross receipts of $ 17,150.48 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $17,150.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,428.81 | 10,428.81 | 10,428.81 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 31,467.15 | 31,467.15 | 6,721.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 94,733.15 | 167.21 | 167.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $103,733.15 | $42,063.17 | $42,063.17 | $17,150.48 |

4)  This case was originally filed under Chapter 7 on January 12, 2011. The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2012_____ By:_/s/JOSEPH D. OLSEN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Resource Bank Checking Account | 1129-000 | 949.95 |
| 79 Dorsey Trailer | 1129-000 | 6,900.00 |
| 1998 Mack Semi Truck | 1129-000 | 5,100.00 |
| 2004 GMC Sierra 2500 HD Crew Cab SLE Pick Up 110 | 1129-000 | 2,500.00 |
| 1982 Peterbilt Trailer | 1129-000 | 1,700.00 |
| Interest Income | 1270-000 | 0.53 |
| **TOTAL GROSS RECEIPTS** | | **$17,150.48** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Lance Gackowski | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 4,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,465.05 | 2,465.05 | 2,465.05 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 150.65 | 150.65 | 150.65 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,525.00 | 2,525.00 | 2,525.00 |
| Action Auctioneering | 3610-000 | N/A | 4,165.00 | 4,165.00 | 4,165.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.37 | 25.37 | 25.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.77 | 25.77 | 25.77 |
| The Bank of New York Mellon | 2600-000 | N/A | -0.74 | -0.74 | -0.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.96 | 25.96 | 25.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.64 | 25.64 | 25.64 |
| Illinois Department of Revenue | 2820-000 | N/A | 143.00 | 143.00 | 143.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.11 | 28.11 | 28.11 |
| Benning Group, LLC | 3310-000 | N/A | 850.00 | 850.00 | 850.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,428.81 | 10,428.81 | 10,428.81 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | John Toomey, Esq | 5800-000 | N/A | 31,467.15 | 31,467.15 | 6,721.67 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 31,467.15 | 31,467.15 | 6,721.67 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 167.21 | 167.21 | 0.00 |
| NOTFILED | IL Suburban Teamsters | 7100-000 | 34,233.15 | N/A | N/A | 0.00 |
| NOTFILED | Dale Veldhuizen | 7100-000 | 55,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dave Johnson | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 94,733.15 | 167.21 | 167.21 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80117

**Case Name:** VELDHUIZEN MOTOR SERVICE INC.

**Period Ending:** 03/26/12

**Trustee:** (330400)  JOSEPH D. OLSEN

**Filed (f) or Converted (c):** 01/12/11 (f)

**§341(a) Meeting Date:** 02/17/11

**Claims Bar Date:** 07/13/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Resource Bank Checking Account | 160.00 | 0.00 | DA | 949.95 | FA |
| 2 | 79 Dorsey Trailer | 4,000.00 | 0.00 | | 6,900.00 | FA |
| 3 | 1998 Mack Semi Truck | 5,500.00 | 0.00 | | 5,100.00 | FA |
| 4 | 2004 GMC Sierra 2500 HD Crew Cab SLE Pick Up 110 | 8,150.00 | 0.00 | | 2,500.00 | FA |
| 5 | 2000 International Semi Truck (Veldhuizen Motor | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1982 Peterbilt Trailer | 2,000.00 | 0.00 | | 1,700.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.53 | FA |
| 7 | **Assets**      **Totals** (Excluding unknown values) | **$25,810.00** | **$0.00** | | **$17,150.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      December 22, 2011

**Current Projected Date Of Final Report (TFR):**      December 22, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-80117 |
| Case Name: | VELDHUIZEN MOTOR SERVICE INC. |
| Taxpayer ID #: | **-***5868 |
| Period Ending: | 03/26/12 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******71-65 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/11 | {4} | Brian Velduizen | pymt on 04 GMC Sierra | 1129-000 | 400.00 | | 400.00 |
| 06/13/11 | {4} | Bryan Veldhuizen | montly pymt. | 1129-000 | 400.00 | | 800.00 |
| 06/27/11 | | Action Auctioneering | proceeds of auction | | 13,700.00 | | 14,500.00 |
| | {2} | | | 6,900.00 | 1129-000 | | 14,500.00 |
| | {3} | | | 5,100.00 | 1129-000 | | 14,500.00 |
| | {6} | | | 1,700.00 | 1129-000 | | 14,500.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 14,500.01 |
| 07/13/11 | {4} | Bryan Veldhuizen | pymt. pymt re: 04 GMC | 1129-000 | 400.00 | | 14,900.01 |
| 07/19/11 | | To Account #9200******7166 | Transfer funds to pay auctioneer fees/costs | 9999-000 | | 4,165.00 | 10,735.01 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 10,735.12 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.37 | 10,709.75 |
| 08/15/11 | {4} | Bryan Velduizen | monthly pymt. | 1129-000 | 800.00 | | 11,509.75 |
| 08/30/11 | {1} | Resource Bank | turnover funds per Court Order 8/24 | 1129-000 | 949.95 | | 12,459.70 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 12,459.79 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.77 | 12,434.02 |
| 09/15/11 | {4} | Bryan Velduizen | final pymt for purchase of vehicle | 1129-000 | 500.00 | | 12,934.02 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.74 | 12,934.76 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,934.86 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.96 | 12,908.90 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,909.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.64 | 12,883.36 |
| 11/17/11 | | To Account #9200******7166 | IL Dept Rev. taxes due for yr. end 10/31/11 | 9999-000 | | 143.00 | 12,740.36 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,740.46 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.11 | 12,712.35 |
| 12/08/11 | | To Account #9200******7166 | Pay Accts fees per 12/7 order | 9999-000 | | 850.00 | 11,862.35 |
| 12/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 11,862.37 |
| 12/09/11 | | To Account #9200******7166 | Prep. of F. Rpt | 9999-000 | | 11,862.37 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 17,150.48 | 17,150.48 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 17,020.37 | |
| | Subtotal | | 17,150.48 | 130.11 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $17,150.48 | $130.11 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-80117 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | VELDHUIZEN MOTOR SERVICE INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******71-66 - Checking Account |
| Taxpayer ID #: | **-***5868 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 03/26/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/19/11 | | From Account #9200******7165 | Transfer funds to pay auctioneer fees/costs | 9999-000 | 4,165.00 | | 4,165.00 |
| 07/19/11 | 101 | Action Auctioneering | Per Court order 7/18 - pay auctioneer fees/costs | 3610-000 | | 4,165.00 | 0.00 |
| 11/17/11 | | From Account #9200******7165 | IL Dept taxes due for yr. end 10/31/11 | 9999-000 | 143.00 | | 143.00 |
| 11/17/11 | 102 | Illinois Department of Revenue | Form IL-1120-ST yr end 10/31/11 | 2820-000 | | 143.00 | 0.00 |
| 12/08/11 | | From Account #9200******7165 | Pay Accts fees per 12/7 order | 9999-000 | 850.00 | | 850.00 |
| 12/08/11 | 103 | Benning Group, LLC | per court order of  12/7/11 | 3310-000 | | 850.00 | 0.00 |
| 12/09/11 | | From Account #9200******7165 | Prep. of F. Rpt | 9999-000 | 11,862.37 | | 11,862.37 |
| 01/19/12 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,525.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,525.00 | 9,337.37 |
| 01/19/12 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $150.65, Trustee Expenses;  Reference: | 2200-000 | | 150.65 | 9,186.72 |
| 01/19/12 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,465.05, Trustee Compensation;  Reference: | 2100-000 | | 2,465.05 | 6,721.67 |
| 01/19/12 | 107 | John Toomey, Esq | Dividend paid  21.36% on $31,467.15; Claim# 1; Filed: $31,467.15; Reference: | 5800-000 | | 6,721.67 | 0.00 |

| | | | ACCOUNT TOTALS | | 17,020.37 | 17,020.37 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 17,020.37 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,020.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $17,020.37 | |

| Net Receipts : | 17,150.48 |
|---|---|
| Net Estate : | $17,150.48 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******71-65 | 17,150.48 | 130.11 | 0.00 |
| Checking # 9200-******71-66 | 0.00 | 17,020.37 | 0.00 |
| | $17,150.48 | $17,150.48 | $0.00 |